UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re Rule 45 Subpoena Directed to Tucows.com Co | Case No.: 2:21-mc-00024-RSL<br><br>Related Case No. 2:19-cv-02746-DWL<br>U.S. District Court, District of Arizona<br><br>**NOTICE TO WITHDRAW GODADDY.COM, LLC'S PENDING MOTION TO COMPEL RESPONSE TO RULE 45 SUBPOENA DIRECTED TO TUCOWS.COM CO WITHOUT PREJUDICE**<br><br>NOTED ON MOTION CALENDAR: Friday, March 12, 2021 |

TO ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to LCR 7(l), GoDaddy.com, LLC ("GoDaddy") hereby withdraws its pending Motion to Compel Response to Rule 45 Subpoena Directed to Tucows.com Co ("Tucows"), without prejudice.  Subsequent to GoDaddy's filing and service of the Motion, Tucows notified GoDaddy of its agreement to comply with the subpoena.  As a result, GoDaddy respectfully withdraws this pending motion without prejudice.

NOTICE TO WITHDRAW GODADDY.COM, LLC'S PENDING MOTION TO COMPEL RESPONSE TO RULE 45 SUBPOENA DIRECTED TO TUCOWS.COM CO WITHOUT PREJUDICE - 1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

DATED:  March 11, 2021             COZEN O'CONNOR

By:  *s/ Paula L. Zecchini*
By:  *s/ Sydney R. Hitchcock*
    Paula L. Zecchini, WSBA No. 48266
    E-mail:  pzecchini@cozen.com
    Nathan Dooley, *pro hac vice to follow*
    E-mail:  ndooley@cozen.com
    Sydney R. Hitchcock, WSBA No. 55426
    E-mail:  sydneyhitchcock@cozen.com

    999 Third Avenue, Suite 1900
    Seattle, Washington  98104
    Telephone: 206.340.1000
    Toll Free Phone: 800.423.1950
    Facsimile: 206.621.8783

Attorneys for Defendant GoDaddy.com, LLC.

NOTICE TO WITHDRAW GODADDY.COM, LLC'S PENDING MOTION TO COMPEL RESPONSE TO RULE 45 SUBPOENA DIRECTED TO TUCOWS.COM CO WITHOUT PREJUDICE - 2

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing document via US mail on March 11, 2021, to the following:

| | |
|---|---|
| Thomas A. Gilson<br>Beus Gilbert PLLC<br>701 N. 44th Street<br>Phoenix, Arizona 85008<br>(480) 429-3000<br>tgilson@beusgilbert.com<br><br>Counsel for Plaintiff | Kevin B. Huff<br>Thomas G. Schultz<br>Leslie V. Pope<br>Kellogg, Hansen, et al.<br>1615 M Street, N.W. Suite 400<br>Washington, DC 20036<br>(202) 326-7900<br>khuff@kellogghansen.com<br>tschultz@kellogghansen.com<br>lpope@kellogghansen.com |

Tucows.com Co
251 Little Falls Drive
Wilmington, DE 19808

DATED: March 11, 2021

                                            COZEN O'CONNOR


                                        By: *s/ Paula Zecchini*
                                              Paula Zecchini

NOTICE TO WITHDRAW GODADDY.COM, LLC'S PENDING MOTION TO COMPEL RESPONSE TO RULE 45 SUBPOENA DIRECTED TO TUCOWS.COM CO WITHOUT PREJUDICE - 3

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000